86 A.3d 710

IN THE MATTER OF DONALD H. LARSEN, AN ATTORNEY
AT LAW (ATTORNEY NO. 033081982).

December 11, 2013.

## ORDER

This matter have been duly presented to the Court pursuant to *Rule* 1:20–10(b), following the granting of a motion for discipline by consent in DRB 13–183 of **DONALD H. LARSEN** of **RED BANK,** who was admitted to the bar of this State in 1983;

And the District XA Ethics Committee and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 1.5(b) (failure to set forth in writing the rate or basis of fee), *RPC* 1.7(a)(2) (concurrent conflict of interest), *RPC* 3.3(a)(1) (knowingly making a false statement of material fact or law to a tribunal), *RPC* 3.3(a)(5) (knowingly failing to disclose to the tribunal a material fact knowing that the omission is reasonably certain to mislead the tribunal), *RPC* 3.7 (a lawyer shall not act as advocate at trial in which the lawyer is likely to be a necessary witness) *RPC* 5.5(a), and *Rule* 1:28–2 (practicing law while ineligible);

And the parties having agreed that respondent's conduct violated *RPC* 1.5(b), *RPC* 1.7(a)(2), *RPC* 3.3(a)(1) and (5), *RPC* 3.7, *RPC* 5.5(a) and *Rule* 1:28–2, and that said conduct warrants a censure or lesser discipline;

And the Disciplinary Review Board having determined that respondent's conduct violated *RPC* 1.5(b), *RPC* 1.7(a)(2), and *RPC* 5.5(a), and that a reprimand is the appropriate discipline for respondent's unethical conduct and having granted the motion for discipline by consent in District Docket No. XA–2011–045E;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **DONALD H. LARSEN** of **RED BANK** is hereby reprimanded;  and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State;  and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.